1

2

3

4

5

6

7
JS-6

8

9
UNITED STATES DISTRICT COURT

10
FOR THE CENTRAL DISTRICT OF CALIFORNIA

11
WESTERN DIVISION

12

13
JUDEA GALING ELLORIN,

No. CV12-01459 SJO (JEMx)

14
Plaintiff,

JUDGMENT

15
v.

16
Honorable S. James Otero

ERIC SHINSEKI, SECRETARY

17
OF THE DEPARTMENT OF

VETERANS AFFAIRS,

18

19
Defendant.

20

21

22

23

24

25

26

27

28

1    Having considered the Motion for Summary Judgment of defendant Eric

2  Shinseki, in his official capacity as the Secretary of the United States Department of

3  Veterans Affairs ("Defendant"), the pleadings, and evidence and oral argument

4  presented in support of, and in opposition to, the Motion, and in accordance with the

5  Statement of Uncontroverted Facts herein,

6    IT IS HEREBY ADJUDGED AND DECREED that Defendant's Motion for

7  Summary Judgment be granted and judgment is hereby entered in favor of Defendant.

8

9  Dated:__July 2, 2013___        _____

10                                HONORABLE S. JAMES OTERO

11                                UNITED STATES DISTRICT COURT JUDGE

12

13

14  Respectfully submitted,

15  ANDRÉ BIROTTE JR.
   United States Attorney
16  LEON W. WEIDMAN
17  Assistant United States Attorney
   Chief, Civil Division
18  CHUNG H. HAN
19  Assistant United States Attorney

20    _____/s/_____
21  MATTHEW P. LANE
   Assistant United States Attorney
22  Attorneys for Defendant
23  ERIC SHINSEKI, in his official capacity
    as Secretary, U.S. Department of Veteran's Affairs
24

25

26

27

28