JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUDEA GALING ELLORIN, | No. CV12-01459 SJO (JEMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ERIC SHINSEKI, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, | Honorable S. James Otero |
| Defendant. | |

| | |
|---|---|
| 1 | Having considered the Motion for Summary Judgment of defendant Eric Shinseki, in his official capacity as the Secretary of the United States Department of Veterans Affairs ("Defendant"), the pleadings, and evidence and oral argument presented in support of, and in opposition to, the Motion, and in accordance with the Statement of Uncontroverted Facts herein, |

Having considered the Motion for Summary Judgment of defendant Eric Shinseki, in his official capacity as the Secretary of the United States Department of Veterans Affairs ("Defendant"), the pleadings, and evidence and oral argument presented in support of, and in opposition to, the Motion, and in accordance with the Statement of Uncontroverted Facts herein,

IT IS HEREBY ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment be granted and judgment is hereby entered in favor of Defendant.

Dated:__July 2, 2013___    _____

*S. James Otero* (signature)

                                      HONORABLE S. JAMES OTERO
                                      UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG H. HAN
Assistant United States Attorney

     /s/
_____
MATTHEW P. LANE
Assistant United States Attorney
Attorneys for Defendant
ERIC SHINSEKI, in his official capacity
 as Secretary, U.S. Department of Veteran's Affairs